638 A.2d 202

**COMMONWEALTH of Pennsylvania**

v.

**Richard Lee ADAMS, Appellant.**

Supreme Court of Pennsylvania.

Argued April 8, 1993.

Decided March 7, 1994.

Lawrence J. Hracho, Mary C. Favinger, Reading, for R.L. Adams.

Charles Coleman, Reading, Kimberly A. Miles, West Chester, for Com.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.

MONTEMURO, J., who was an appointed Justice of the Court at the time of argument, participated in the decision of this case in his capacity as a Senior Justice.